## OPHELIA DOTY v. JOHN C. LUCAS.

1. PRACTICE IN SUPREME COURT.—There being with the record no bill of exceptions, no part of the evidence before the jury, and none of the instructions given or refused, in the court below, this court is unable to pass upon the merits of the

errors assigned; and, in accordance with the settled practice of this court, the judgment of the court below is affirmed. Rev. Code, 504, 505; 38 Miss., 292; 39 ib., 324; 40 ib., 320; 41 ib., 92-144.

Error to the circuit court of Attala county. CAMPBELL, J.

The following errors are assigned:

1st. The court erred in granting the instructions asked by plaintiff below;

2d. In refusing the instructions asked by defendant below; and

3d. In overruling the motion for a new trial.

*Niles & Boyd,* for plaintiff in error.

No counsel for defendant in error.

TARBELL, J.:

This suit was brought to recover the value of a mule alleged in the declaration to have been killed by defendant without just cause. Issue being joined, the cause was tried, and a verdict for plaintiff in September, 1868. Several instructions were, on request, given on both sides—one, asked by defendant, being refused.

A motion for a new trial by defendant, setting forth the grounds thereof, was overruled. There is no bill of exceptions, and no part of the evidence on the trial is presented to us. If there were objections or exceptions to the instructions given or refused, or to the denial of a new trial, we are not informed. Without the testimony on the trial, we are unable to determine the propriety of the instructions given and refused, or of the merits of the motion for a new trial. In accordance with the settled practice of this court, the judgment of the court below is affirmed. Rev. Code, p. 504, 505; 30 Miss., 324; 40 ib., 320; 41 ib., 92-144; 38 ib., 292.